**MICHAEL N. FEUER**, City Attorney - SBN 111529x
**THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388
**CORY M. BRENTE**, Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney - SBN 209719
200 North Main Street
City Hall East, 6th Floor
Los Angeles, CA  90012
Telephone:  (213) 978-7027
Facsimile: (213) 978-8785
E-mail: Colleen.Smith@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES and CHIEF CHARLIE BECK**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYN CAMPRONE,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, Police Officers CLIFFORD PROCTOR, JONATHAN KAWAHARA, Police Chief CHARLIE BECK, in his individual and oficial capacity; DOES 1 - 10, inclusive,<br><br>            Defendants. | CASE NO. CV16-00885 R (JCx)<br>*Hon. Manuel L. Real  - Ctrm. 8, 2nd Fl*<br>*Hon. Mag. Jacqueline Chooljian - Ctrm. 20, 3rd Fl*<br><br>**DEFENDANTS CITY OF LOS ANGELES AND CHIEF CHARLIE BECK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

   **DEFENDANTS CITY OF LOS ANGELES and CHIEF CHARLIE BECK**, answer the Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

## "INTRODUCTION"

   1.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1

2.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

3.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8.      Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "JURISDICTION"

9.      Answering this paragraph, Defendants admit that this Court has jurisdiction over this matter.

10.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

1

**"PARTIES"**

11.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13.     Answering this paragraph, Defendants admit that the City of Los Angeles is a municipal corporation in the State of California and that it employed a Clifford Proctor and Jonathan Kawahara at all relevant times.  As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer those allegations, and on that basis deny the allegations.

14.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

1

19.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.    Answering this paragraph, Defendants admit that Plaintiff filed a claim for damages with the City of Los Angeles.

21.    Answering this paragraph, Defendants admit that Plaintiff's claims were rejected.

## "FACTS COMMON TO ALL CAUSES OF ACTION"

22.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FIRST CLAIM FOR RELIEF

## Unreasonable Search and Seizure – Detention and Arrest (42 U.S.C. §1983) (Against All DEFENDANTS"

32.     Answering this paragraph, which incorporates by reference the allegations of prior paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

33.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

37.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "SECOND CLAIM FOR RELIEF

## Unreasonable Search and Seizure – Excessive Force (42 U.S.C. §1983)

## (Against All DEFENDANTS"

39.     Answering this paragraph, which incorporates by reference the allegations of prior paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

40.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

1

45.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**"THIRD CLAIM FOR RELIEF**

**Deprivation of Life Without Due Process - (42 U.S.C. §1983)**

**(Against All DEFENDANTS"**

48.     Answering this paragraph, which incorporates by reference the allegations of prior paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

49.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

1

53.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FOURTH CLAIM FOR RELIEF

## Interference with parent-Child Relationship - (42 U.S.C. §1983)

## (Against All DEFENDANTS"

58.     Answering this paragraph, which incorporates by reference the allegations of prior paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

59.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

1

61.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FIFTH CLAIM FOR RELIEF

### Municipal Liability for Unconstitutional Custom or Policy - (42 U.S.C. §1983) (Against Defendants CITY, BECK and DOES 1-10)"

65.     Answering this paragraph, which incorporates by reference the allegations of prior paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

66.     Answering this paragraph and all of its subparts, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

1

69.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

70.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

72.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73.   As this paragraph does not contain any factual allegations, it goes unanswered.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
#### (Failure To State A Cause of Action)

1.   Defendants allege that the operative complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
#### (Qualified Immunity - Federal)

2.   Defendants are protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants and its employees did not

1

violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN

### (Lack of Standing)

3.      Defendants allege that Plaintiff lacks standing to bring any claims against these Defendants.

DATED: March 31, 2016          **MICHAEL N. FEUER,** City Attorney
                               **THOMAS H. PETERS,** Chief Asst. City Attorney
                               **CORY M. BRENTE,** Asst. City Attorney

                               By:    */S/ Colleen R. Smith*
                               **COLLEEN R. SMITH, Deputy City Attorney**
                               *Attorneys for Defendant* CITY OF LOS ANGELES
                               and CHIEF CHARLIE BECK

1

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand and request a trial by jury in this matter.

DATED: March 31, 2016         **MICHAEL N. FEUER,** City Attorney
**THOMAS H. PETERS,** Chief Asst. City Attorney
**CORY M. BRENTE,** Asst. City Attorney


By: _____ */S/ Colleen R. Smith_____
**COLLEEN R. SMITH, Deputy City Attorney**
*Attorneys for Defendant* CITY OF LOS ANGELES
and CHIEF CHARLIE BECK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28