V. James DeSimone (SBN: 119668)
Kaveh Navab (SBN: 280235)
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310.693.5561
Facsimile: 916.927.2046

John Raphling (SBN: 169554)
**LAW OFFICES OF JOHN RAPHLING**
723 Ocean Front Walk
Venice, CA 90291-3270

Attorneys for Plaintiff, SHERYN CAMPRONE, mother of deceased

[*Counsels for Defendants listed on following page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERYN CAMPRONE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LOS ANGELES, Police Officers CLIFFORD PROCTOR, JONATHAN KAWAHARA, Police Chief CHARLIE BECK, in his individual and official capacity; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No: 2:16-cv-00885-R-JC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DATES; [PROPOSED] ORDER**<br><br>Pre-trial Conference:<br>Date:　January 9, 2017<br>Time:　11:00 a.m.<br>Crtrm:　8<br><br>Trial:　February 7, 2016<br>Time:　9:00 a.m.<br>Crtrm:　8 |

---

1

**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DATES; [PROPOSED] ORDER**.

| | |
|---|---|
| 1 | Michael N. Feuer, Esq. |
| | Thomas H. Peters, Esq. |
| 2 | Cory M. Brente, Esq. |
| | Colleen R. Smith, Esq. |
| 3 | 200 North Main Street |
| | City Hall East, 6th Floor |
| 4 | Los Angeles, California 90012 |
| | Telephone:  (213) 978-7027 |
| 5 | Facsimile:   (213) 978-8785 |
| | Attorneys for Defendants, |
| 6 | CITY OF LOS ANGELES and CHIEF CHARLIE BECK |

Michael N. Feuer, Esq.
Thomas H. Peters, Esq.
Cory M. Brente, Esq.
Colleen R. Smith, Esq.
200 North Main Street
City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:  (213) 978-7027
Facsimile:   (213) 978-8785
Attorneys for Defendants,
CITY OF LOS ANGELES and CHIEF CHARLIE BECK

Thomas C. Hurrell (SBN 119876)
Warren M. Williams (SBN 228742)
Angela Y. Park (SBN 287315)
**HURREL CANTRALL LLP**
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone:  (213) 426-2000
Facsimile:   (213) 426-2020
Attorneys for Defendant,
OFFICE CLIFFORD PROCTOR

Steven J. Rothans, Esq.
Mark D. Rutter, Esq.
Kenneth P. Korosi
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa St., Suite 1960
Los Angeles, California 90017
Telephone:  (213) 228-0400
Facsimile:   (213) 228-0401
Attorneys for Defendant,
OFFICER JONATHAN KAWAHARA

2

**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DATES; [PROPOSED] ORDER**.

**TO THE CLERK OF THE COURT:**

Please take notice that the Parties have reached a settlement, pending City Council and Mayor approval, to resolve any and all claims in this lawsuit.

This matter was filed in this Court on February 9, 2016. A state court case on behalf of Mr. Glenn's son and the Estate of Brendon Glenn was also filed on February 9, 2016. The Parties agreed to participate in mediation, which was set for September 13, 2016. Due to the nature of the issues in this case, the Parties agreed to defer discovery until the conclusion of the scheduled mediation.

On September 13, 2016 the parties agreed to a full settlement and compromise of the action in the sum of $4 million dollars which will be paid with a Stipulated Judgment against the City of Los Angeles *only*. The Parties will attend a hearing on the petition to confirm the minor's compromise in state court on November 18, 2016. Due to circumstances beyond the control of either party, the City Council is unable to issue a decision on this matter until early December 2016.

The Parties therefore respectfully request that all deadlines, including the December 12, 2016 discovery deadline, and jury trial currently set for February 7, 2017 be taken off calendar. Attached as "Exhibit A" is a fully executed Stipulation for Settlement.

Respectfully submitted,

Date: November 17, 2016    By: /s/ *V. James DeSimone*
　　　　　　　　　　　　　　　　V. JAMES DESIMONE, ESQ.
　　　　　　　　　　　　　　　　KAVEH NAVAB, ESQ.
　　　　　　　　　　　　　　　　JOHN RALPHING, ESQ.

　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　SHERYNE CAMPRONE,
　　　　　　　　　　　　　　　　Mother of deceased

Date: November 17, 2016    By: /s/ *Colleen R. Smith, Esq.* (authorized via email)
MICHAEL N. FEUER, ESQ.
THOMAS H. PETERS, ESQ.
CORY M. BRENTE, ESQ.
COLLEEN R. SMITH, ESQ.

Attorneys for Defendants,
CITY OF LOS ANGELES
CHIEF CHARLIE BECK

Date: November 17, 2016    By: /s/ *Thomas Hurrell, Esq.* (authorized via email)
THOMAS C. HURRELL, ESQ.
WARREN M. WILLIAMS, ESQ.
ANGELA Y. PARK, ESQ.

Attorneys for Defendant,
OFFICE CLIFFORD PROCTOR

Date: November 17, 2016    By: /s/ *Kenneth P. Korosi, Esq.* (authorized via email)
STEVEN J. ROTHANS, ESQ.
MARK D. RUTTER, ESQ.
JILL WILLIAMS, ESQ.
KENNETH P. KOROSI, ESQ.

Attorneys for Defendant
OFFICER JONATHAN KAWARHARA

**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DATES; [PROPOSED] ORDER**.