# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYN CAMPRONE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, Police Officers CLIFFORD PROCTOR, JONATHAN KAWAHARA, Police Chief CHARLIE BECK, in his individual and official capacity; and DOES 1-10, inclusive, <br><br> Defendants. | Case No: 2:16-cv-00885-R-JC <br><br> **[PROPOSED] ORDER** <br><br> Pre-trial Conference: <br> Date:   January 9, 2017 <br> Time:   11:00 a.m. <br> Crtrm:  8 <br><br> Trial:   February 7, 2017 <br> Time:   9:00 a.m. <br> Crtrm:  8 |

The parties having so stipulated, good cause appearing, this case is settled for all claims and causes of action.

Accordingly, all deadlines, including the December 12, 2016 discovery deadline and jury trial set for February 7, 2017, are taken off calendar.

The Court will set a status conference on January 9, 2017. All parties are ordered to appear unless a Judgment and/or Dismissals are filed disposing of the entire action.

IT IS SO ORDERED

Date: _____

HONORABLE MANUEL L. REAL