**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERYN CAMPRONE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, Police Officers CLIFFORD PROCTOR, JONATHAN KAWAHARA, Police Chief CHARLIE BECK, in his individual and oficial capacity; DOES 1 - 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV16-00885 R (JCx)<br>*Hon. Manuel L. Real  - Ctrm. 8, 2nd Fl*<br>*Hon. Mag. Jacqueline Chooljian - Ctrm. 20, 3rd Fl*<br><br>**ORDER GRANTING JOINT AMENDED STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action against all Defendants is hereby dismissed, *with prejudice*. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

*IT IS SO STIPULATED.*

Dated: January 3, 2017　　　　　_____

**HONORABLE MANUEL L. REAL**
**UNITED STATES DISTRICT JUDGE**